File Hashes for IP Address 50.140.161.206

**ISP:** Comcast Cable
**Physical Location:** Chicago, IL

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/01/2013 17:49:16 | 33F98085A2169145221D951EC7BE04C211499554 | Mad Passion |
| 02/08/2013 00:16:26 | 8F014E11FC0965AAED4D55B1441A61A2B64851C3 | Deep Longing |
| 01/27/2013 06:40:12 | 1A2ACF573B551B57D3C77947773DA98376D0ECF9 | A Little Rain Must Fall |
| 01/23/2013 18:34:12 | CC6D00CDCAC96797C32B4AA9EBF1A330C0BF6455 | Morning Desires |
| 01/21/2013 03:21:24 | 5C484A7003F92598EEDF762092D0C7D41CD794E9 | Yoga Master and Student |
| 12/27/2012 03:51:23 | 227835892F01B19339F1599D5EEC92D2CA969779 | A Girls Fantasy |
| 12/27/2012 03:36:26 | 8F2061BEBF834A487931F97D268EB5C5FFD3D0EA | Naughty and Nice |
| 12/11/2012 21:12:41 | 212B1F33CDCE38866240D2FEC4A802FEF3C8663A | Then They Were Three |
| 12/11/2012 16:57:15 | 99475A57CD275D1771BA64EB1F2DE556EC8FA96D | Waterfall Emotions |
| 10/10/2012 19:59:37 | 9154AE3352085AB968E905845441F0C2082974E7 | LA Love |
| 10/10/2012 15:57:02 | 04277B20471236A5670758E8854A43C1F5712F98 | Three for the Show |
| 10/10/2012 12:35:39 | 4CEBA603F6C3817AF4117E8662A3E78E4ED0530C | Wild Things |
| 09/10/2012 04:21:05 | C19840D5135CB9254CBDDBDEAB62080ACA87B6A6 | First Love |
| 08/27/2012 12:33:39 | 0990669C73FE4700590977E8D5C9CF28C7DF0325 | Pure Grace |
| 08/25/2012 01:17:08 | 83467C4AC0B4202F94B287CC2F0A2B38A2F65B6D | Unbelievably Beautiful |
| 08/22/2012 05:41:31 | 6613166ABABC1ECA597FCE5B88984A75C000CB2B | Threes Company |
| 08/15/2012 19:37:38 | 9160EC016F56278F0A90E3EA1E881A52D43DF933 | Coucher Avec une Autre Fille |
| 08/15/2012 19:21:50 | F7F3D256F23771D0AF985F28EB99B14553ED4960 | Farewell |
| 07/31/2012 12:59:28 | 5CABAC7857A192C3BA5C3016E1BF01AC7B463315 | Transcendence |
| 07/25/2012 19:18:10 | C0BAB6F898A8CACBF7E221D1E15076A75869656D | Morning Tryst |
| 07/18/2012 01:59:35 | 8B12955FB10DED8D79EEF340A7B67EE1D3CB75B3 | Backstage |

**Total Statutory Claims Against Defendant: 21**

EXHIBIT A

NIL58